UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHERYL MOULTON,<br><br>        Plaintiff,<br>   v.<br><br>SPARKS POLICE DEPARTMENT, ET Al.,<br><br>        Defendants. | Case No.: C-09-04551 PVT<br><br>**ORDER TRANSFERRING CASE TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA** |

    In her complaint, plaintiff Sheryl Moulton proceeding *pro se* alleges claims against defendants Sparks Police Department, City of Sparks, Washoe County, and Officers Sandy, Crawford and Dutra for, *inter alia,* violations of the First, Fourth, Fifth, Eighth, Ninth and Fourteenth Amendments to the U.S. Constitution, Titles VI and VII of the 1964 Civil Rights Act, 42 U.S.C. § 1983 and 18 U.S.C. §1512. Plaintiff Moulton resides in Reno, Nevada and Carmel, California. Defendants Sparks Police Department, City of Sparks, Washoe County are located in Nevada. Defendants Sandy, Crawford and Dutra are employed by the Sparks City Police Department and according to the complaint are "believed to be residents of the state of Nevada." In addition, plaintiff alleges that all of the events plead in the complaint occurred at her Reno, Nevada residence.

> "A civil action wherein jurisdiction is not founded solely on diversity of citizenship may, except as otherwise provided by law, be brought only in (1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought."

28 U.S.C. § 1391(b).

Here, all of the defendants either reside or are located in the state of Nevada. In addition, the events that give rise to the claims alleged in the complaint also occurred in Nevada. Accordingly, the above-captioned case shall be transferred to the United States District Court for the District of Nevada.

IT IS SO ORDERED.

Dated:   October 19, 2009

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

1  A copy of the order was mailed on October 19, 2009 to the following:

2  Sheryl Moulton
   225 Crossroad Boulevard #223
3  Carmel, CA 93922